Patrick L. Deedon, State Bar No. 245490
John R. Powell, State Bar No. 320187
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
*pdeedon@maire-law.com*
*jpowell@maire-law.com*


Attorney(s) for Plaintiffs,
JENNIFER FAY COLLINS, C. N., a minor,
T. N., a minor, and S. C., a minor

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FAY COLLINS,<br>C. N., a minor,<br>T. N., a minor, and<br>S. C., a minor,<br><br>　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>NICHOLAS HENKE and<br>DOES 1-10,<br><br>　　Defendants.<br>_____/ | CASE NO.:　2:20-cv-02458-JAM-DMC<br><br>**ORDER ON PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Upon reviewing Plaintiffs' Petition to Appoint Guardian *ad Litem* and supporting verification, and good cause appearing, the Court finds that it is reasonable and necessary to appoint a Guardian *ad Litem* for minors C.N., T.N., and S.C.

THE COURT ORDERS that Jennifer Fay Collins is hereby appointed as the Guardian *ad Litem* for minors C.N., T.N., and S.C. for purposes of this action.

**IT IS SO ORDERED.**

Dated:  December 23, 2020                              /s/ John A. Mendez
                                                                        THE HONORABLE JOHN A. MENDEZ
                                                                        UNITED STATES DISTRICT COURT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

**PAGE 2**
**[PROPOSED] ORDER ON PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**