Patrick L. Deedon, State Bar No. 245490
John R. Powell, State Bar No. 320187
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
jpowell@maire-law.com

Attorney(s) for Plaintiffs,
JENNIFER FAY COLLINS, C. N., a minor,
T. N., a minor, and S. C., a minor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FAY COLLINS,<br>C. N., a minor,<br>T. N., a minor, and<br>S. C., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>NICHOLAS HENKE and<br>DOES 1-10,<br><br>Defendants. | CASE NO.   2:20-cv-2458 JAM-DMC<br><br>**ORDER ON UNOPPOSED PETITION<br>FOR MINORS' COMPROMISE** |

I. Introduction

Plaintiff, Jennifer Fay Collins, as Guardian *ad litem* for minor children, plaintiffs C.N., T.N, and S.C., instituted this action to recover damages for personal injuries and damages they sustained in a motor vehicle collision occurring on April 2, 2018, in an unincorporated area of Shasta County and at the Whiskeytown National Recreation Area. Plaintiffs contend Defendant Nicholas Henke, U.S. Park Ranger for the National Park Service, and employee of Defendant

United States America, operating a National Park Service vehicle, struck a vehicle driven by Plaintiff Jennifer Fay Collins, also occupied by her children, Plaintiffs C.N., T.N., and S.C. Plaintiffs have now reached an agreement to settle with the Defendants and seek this Court's approval of the proposed settlement of the minors' claims.

The original Complaint was filed on December 11, 2020, and on December 15, 2020, a Petition was also filed with this Court for the appointment of Petitioner Jennifer Fay Collins as Guardian *ad litem* for her minor children, Plaintiffs C.N., T.N., and S.C, which was granted by this Court on or about December 22, 2020. Order On Petition for Appointment of Guardian Ad Litem is attached as Exhibit "1" and concurrently filed herewith.

## II. Background

This personal injury and damage action arose out of a motor vehicle collision that occurred on April 2, 2018, in an unincorporated area of Shasta County and at the Whiskeytown National Recreation Area. Defendant Nicholas Henke, U.S. Park Ranger for the National Park Service, and employee of Defendant United States America operating a National Park Service vehicle, struck a vehicle driven by Petitioner. Seated in Petitioner's vehicle at the time of the collision where her minor children, Plaintiffs C.N., T.N., and S.C. Defendant Nicholas Henke, while rounding a curve on a rural dirt, two-way roadway, struck head-on the left front of Petitioner's vehicle. Petitioner was rounding the same curve in the opposite direction when the accident occurred.

The California Highway Patrol investigation of the accident determined Defendant Nicholas Henke was at fault for not driving on a roadway with no marked centerline as near the right-hand edge of the roadway as reasonably possible and was in violation of California Vehicle Code section 21662(a). Defendants, however, dispute liability given the terrain and width of the roadway.

Haire & Deedon
1851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

ORDER ON UNOPPOSED PETITION FOR MINORS' COMPROMISE
Collins, et. al. v. United States of America, et al.
(Case No. 2:20-cv-2458 JAM-DMC)

PAGE 2

On December 11, 2020, a complaint seeking personal injury and damages was filed by Petitioner in this United States District Court for the Eastern District of California on her behalf and on behalf her minor children, Plaintiffs C.N., T.N. and S.C. Plaintiffs' complaint was brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. sections 1346(b), 2671 et seq. against the United States of America and its employee defendant Nicholas Henke.

Petitioner has agreed to a monetary settlement explained in detail below with Defendant United States of America, and its employee Defendant Nicholas Henke, with each side bearing their own fees and costs, except as provided hereinbelow. All claims against all said Defendants will be dismissed as part of the settlement.

### III. Applicable Law and Settlement Approval Standards

Federal Rules of Civil Procedure, rule 17, authorizes a guardian *ad litem* to bring suit on behalf of a minor. Here, Petitioner, Jennifer Fay Collins, was appointed guardian *ad litem* on behalf of plaintiffs C. N., a minor, S.C., a minor, and T.C., a minor. No settlement or compromise of "a claim by or against a minor or incompetent person" is effective unless it is approved by the Court. Local Rule 202(b)."

**Parties to the Settlement**

The parties to this settlement are as follows:

1. Plaintiff and Petitioner Jennifer Fay Collins is the mother of plaintiffs C.N., T.N., and S.C.

2. Plaintiff C.N. is a 17-year-old boy, born October 22, 2004, by and through his mother and Guardian *ad litem*, Jennifer Fay Collins.

3. Plaintiff T.N. is a 14-year-old boy born April 2, 2008, by and through his mother and Guardian *ad litem*, Jennifer Fay Collins.

Haire & Deedon
1851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

ORDER ON UNOPPOSED PETITION FOR MINORS' COMPROMISE
Collins, et. al. v. United States of America, et al.
(Case No. 2:20-cv-2458 JAM-DMC)

PAGE 3

4. Plaintiff S.C. is a 9-year-old girl born March 3, 2013, by and through her mother and Guardian Ad Litem, Jennifer Fay Collins.

5. The Defendants United States of America, and its employee Defendant Nicolas Henke.

6. It should be noted that Plaintiff Jennifer Fay Collins, C.N., T.N., and S.C. have been represented in this matter by attorneys Patrick L. Deedon and John R. Powell.

## IV. The Analysis of the Petition, Settlement Terms and its Allocation

1. **Petitioner Jennifer Fay Collins.** Petitioner sustained the most significant and serious injuries in the subject collision of April 2, 2018; injuries sustained included a concussion resulting in headaches, left-sided body pain, including her neck, chest, hip, and leg. Petitioner was treated at the Trinity Hospital's Emergency Room on the day of the accident with those complaints. She sustained multiple contusions to her body. She was diagnosed with multiple contusions and instructed to follow up with her own primary care physician. Petitioner's symptoms continued in the months following the accident and were re-examined at Mountain Communities Healthcare District, where she underwent radiological diagnostic testing for her continued left-sided pain, back pain, and left-sided facial numbness. Petitioner also received follow-up chiropractic care, physical therapy, had a dentist evaluate her facial numbness, and underwent Nerve Conduction Studies, revealing a left median nerve abnormality. Petitioner's vehicle was also damaged.

2. **Plaintiff C.N., a minor.** Plaintiff C.N. is a 17-year-old boy, born October 22, 2004, by and through his mother and Guardian *ad litem*, Jennifer Fay Collins. Plaintiff C.N. was seated in the right front passenger seat of Petitioner's vehicle at the time of the accident. C.N. was able to brace himself before the collision, but his knees still struck the dashboard at the time of impact. As was Petitioner, C.N. was also evaluated at Trinity Hospital's Emergency Room following the accident. There, C.N. complained of pain in his left knee and right elbow. His right elbow had

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

ORDER ON UNOPPOSED PETITION FOR MINORS' COMPROMISE
Collins, et. al. v. United States of America, et al.
(Case No. 2:20-cv-2458 JAM-DMC)

PAGE 4

also begun to feel "itchy" because of a prior exposure to poison oak. To C.N.'s examining physician, C.N. appeared to be in little distress and appeared "playful and running around." His physical examination was normal but for a bruise to his left knee and poison oak dermatitis. Out of an abundance of caution, Petioner had C.N. undergo a "well-check" at Mountain Communities Healthcare District approximately three weeks following the accident on April 25, 2018. C.N. reported right knee pain for the prior two week, but no known injuries were noted. X-rays were taken of his right knee, which showed an abnormality in his growth plates, suggestive of Osgood-Schlatter (a common cause of knee pain in adolescents). C.N. was then brought to Mountain Chiropractic to treat some neck and back pain. C.N.'s right knee was also later evaluated by orthopedic surgeon Mathew Paul. Dr. Paul concluded C.N. could slowly return to his normal activities, but if his right knee became worse, he suggested the possibility of obtaining an MRI. That did not occur.

According to the defense expert witness, only the injuries and treatment received at the emergency room on the day of the subject incident are related to the motor vehicle accident. C.N. has recovered completely from accident related injuries.

3. **Plaintiff T.N., a minor.** Plaintiff T.N. is a 14-year-old boy born April 2, 2008, by and through his mother and Guardian *ad litem*, Jennifer Fay Collins. T.N. was seated in the right rear seat of Petitioner's vehicle at the time of the accident. The collision caused T.N. to hit his head against the glass of the window of his door. T.N. was also examined by emergency room healthcare providers at Trinity Hospital on the day of the accident. The examining physician noted that T.N. "was playing at the scene, but he does have a slight contusion over his head." He had no complaints of neck pain. T.N. was provided ice and Motrin for his head and discharged. T.N. was later taken to Mountain Chiropractic where T.N. was noted to have been complaining of a

ORDER ON UNOPPOSED PETITION FOR MINORS' COMPROMISE
Collins, et. al. v. United States of America, et al.
(Case No. 2:20-cv-2458 JAM-DMC)

PAGE 5

headache and low back pain and was treated there on two occasions, May 30, 2018 and June 5, 2018. As of June 5, 2018 T.N. was noted to be pain free and functioning normally.

According to the defense expert witness, only the injuries and treatment received at the emergency room on the day of the subject incident are related to the motor vehicle accident. C.N. has recovered completely from accident-related injuries.

4. **Plaintiff S.C., a minor.** Plaintiff S.C. is a 9-year-old girl born on March 3, 2013. by and through her mother and Guardian *ad litem*, Jennifer Fay Collins. S.C. was seated in the left rear seat of Petitioner's vehicle at the time of the accident. S.C. was also evaluated at Trinity Hospital's Emergency Room following the accident. During that examination, she was not found to have any complaints related to the accident discernable by her examining physician. She was noted to be smiling and playful; however, when examined at Mountain Chiropractic on May 30, 2018, S.C. was reported to have complained of neck and back pain soon after the accident. S.C. received chiropractic treatment on two occasions, on May 30, 2018 and December 5, 2018. At the time of her last treatment, she was noted as having "no subjective complaints."

According to the defense expert witness, only the injuries and treatment received at the emergency room on the day of the subject incident are related to the motor vehicle accident. S.C. has recovered completely from accident related injuries.

VI. Proposed Compromise of Minors' Claim

Petitioner and the Defendants have agreed to settle the claims of all four plaintiffs, including plaintiffs Jennifer Fay Collins, and the Collins Children, for the global amount of $30,000.00. The settlement proceeds will be allocated as follows:

///

///

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

ORDER ON UNOPPOSED PETITION FOR MINORS' COMPROMISE
Collins, et. al. v. United States of America, et al.
(Case No. 2:20-cv-2458 JAM-DMC)

PAGE 6

## A. Distribution To Plaintiffs

Plaintiff and Petitioner Jennifer Collins will be allocated $20,500.00 in compensation for her personal injury damage claim and $5,000.00 for property damage reimbursement. From her settlement allocation, she shall be responsible for $6,375.00 of the total attorneys' fees, be responsible for reimbursement of plaintiffs' attorneys' costs in the amount of $1,423.51, and be responsible for reimbursement of the MediCal lien applicable to her specific matter.

The Collins Children will each be allocated $1,500.00 each in compensation for their personal injury damage claims, each separately be responsible for $375.00 in attorney fees, and each be required to reimburse MediCal for their associated lien. After payment of attorney fees and the MediCal lien, the children shall receive the following funds to be held by Jennifer Collins and used solely for the benefit of the children:

C.N.: $1,030.17 (MediCal lien is $94.83)

T.N.: $1,045.33 (MediCal lien is $79.67)

S.C.: $1,045.33 (MediCal lien is $79.67)

Pursuant Local Rule 202(e), subsections (1) and (2), and California Probation Code section 3611, because the remaining balance of the money to be paid to them individually does not exceed five thousand dollars ($5,000.00), it is requested that this Court order the minors' settlement proceeds be paid directly to Petitioner and used on the Collins Children's behalf.

## B. Attorney Fees and Costs

From the Defendants' settlement monies, under the terms of the plaintiffs' retainer agreement with the plaintiffs' attorneys of record, Maire & Deedon will receive $7,500.00 in attorneys' fees and $1,423.51 for reimbursement of costs expended to date in prosecuting this litigation. In compliance with Local Rule 202(b):

Maire & Deedon
1851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

ORDER ON UNOPPOSED PETITION FOR MINORS' COMPROMISE
Collins, et. al. v. United States of America, et al.
(Case No. 2:20-cv-2458 JAM-DMC)

PAGE 7

1. Plaintiffs' attorneys had no prior relationship with the Defendant United States of America or Defendant Nicholas Henke;

2. Plaintiffs' attorneys did not become involved in this matter at the instance of the Defendant United States of America or Defendant Nicholas Henke;

3. The only compensation plaintiffs' attorneys stand to receive are the fees and costs pursuant to the agreed-upon terms of Plaintiffs' retainer agreements with their attorney of record, as agreed by this Court's appointed guardian *ad litem* Jennifer Fay Collins representing herself and the Collins Children's interest, with Maire & Deedon. See Declaration of Patrick L. Deedon filed currently herewith.

## V. The Basis for Granting the Requested Compromise on the Pleadings

First, the Defendants United States of America and Nicholas Henke do not oppose the proposed distribution set forth above. See Declaration of Patrick L. Deedon filed concurrently herewith, P.3.

Second, attorneys represent they have in good faith complied with Federal Rule of Civil Procedure rule 17(c) and Local Rule 202 in obtaining this petition for minors' compromise settlement. Further, ruling on the Petition would reduce attorneys' fees and costs for all parties, thereby maximizing the net settlement proceeds received by the Plaintiffs. Plaintiffs reside in Weaverville, California.

## VI. Conclusion and Order

For the reasons set forth above, Petitioner's request that the Court issue an order approving the terms of this settlement is **GRANTED**, specifically, approving payment of $30,000.00 to be divided as follows:

///

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

ORDER ON UNOPPOSED PETITION FOR MINORS' COMPROMISE
Collins, et. al. v. United States of America, et al.
(Case No. 2:20-cv-2458 JAM-DMC)

PAGE 8

1. Petitioner Jennifer Fay Collins will be allocated $20,500.00 in compensation for her personal injury damage claim and $5,000.00 for property damage reimbursement. From her settlement proceeds, she shall be responsible for $6,375.00 of the total attorneys' fees, be responsible for reimbursement of plaintiffs' attorneys' costs in the amount of $1,423.51, and be responsible for payment of her MediCal lien.

2. The Collins Children will each be allocated $1,500.00 each in compensation for their personal injury damage claims, each be responsible for $375.00 in attorneys' fees, and each be responsible for payment of their MediCal liens. The residual amounts shall be paid to Jennifer Collins to be held for and used for the sole benefit of her children.

3. Plaintiffs' attorney of records, Maire & Deedon will receive a total of $7,500.00 in attorneys' fees and $1,423.51 for reimbursement of costs expended to date in prosecuting this litigation.

IT IS SO ORDERED.

Dated: August 30, 2022

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT COURT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

ORDER ON UNOPPOSED PETITION FOR MINORS' COMPROMISE
Collins, et. al. v. United States of America, et al.
(Case No. 2:20-cv-2458 JAM-DMC)

PAGE 9

# EXHIBIT "1"

Patrick L. Deedon, State Bar No. 245490
John R. Powell, State Bar No. 320187
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
jpowell@maire-law.com

Attorney(s) for Plaintiffs,
JENNIFER FAY COLLINS, C. N., a minor,
T. N., a minor, and S. C., a minor

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FAY COLLINS, C. N., a minor, T. N., a minor, and S. C., a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, NICHOLAS HENKE and DOES 1-10, <br><br> Defendants. _____/ | CASE NO.:   2:20-cv-02458-JAM-DMC <br><br> **ORDER ON PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Upon reviewing Plaintiffs' Petition to Appoint Guardian *ad Litem* and supporting verification, and good cause appearing, the Court finds that it is reasonable and necessary to appoint a Guardian *ad Litem* for minors C.N., T.N., and S.C.

THE COURT ORDERS that Jennifer Fay Collins is hereby appointed as the Guardian *ad Litem* for minors C.N., T.N., and S.C. for purposes of this action.

**IT IS SO ORDERED.**

Dated: December 23, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Re: *Collins v. United States of America, et al.* (#10649)
Eastern District Case No. 2:20-cv-2458 JAM-DMC

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Shasta County, California; I am over the age of eighteen years and not a party to the within action; my business address is 2851 Park Marina Drive, Suite 300, Redding, California 96001-2813; on this date I served:

**ORDER ON UNOPPOSED PETITION FOR MINORS' COMPROMISE**

__X__ **United States Mail** - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

_____ **Facsimile** - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

_____ **Electronic Service** - by causing such document to be served electronically to the addresses listed below.

_____ **Overnight Courier** - via Federal Express to the person at the address set forth below.

_____ **Personal Service** - by personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

__X__ **Federal Court** - I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the case.

### SEE ATTACHED MAILING LIST

Executed 6/21/22, at Redding, California.

By: /s/ T. Hill
T. HILL

---

ORDER ON UNOPPOSED PETITION FOR MINORS' COMPROMISE
Collins, et. al. v. United States of America, et al.
(Case No. 2:20-cv-2458 JAM-DMC)

PAGE 10

Re: *Collins v. United States of America, et al.* (#10649)
Eastern District Case No. 2:20-cv-2458 JAM-DMC

## PROOF OF SERVICE MAILING LIST

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>W. DEAN CARTER<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>(916) 554-2781 / (916) 554-2900 Fax<br>dean.carter@usdoj.gov<br>Karen.Burrus@usdoj.gov | *Attorneys for Defendant,*<br>***UNITED STATES OF AMERICA*** |

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

ORDER ON UNOPPOSED PETITION FOR MINORS' COMPROMISE
Collins, et. al. v. United States of America, et al.
(Case No. 2:20-cv-2458 JAM-DMC)

PAGE 11